Joe Angelo (Bar No. 268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, California 95747
Telephone: 916-290-7778
Facsimile: 916-721-2767

Attorneys for Plaintiff
Joseph Kosch

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| JOSEPH KOSCH,<br><br>        Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et. al.<br>        Defendants. | Case No.: 2:19-cv-08982-RGK-AS<br><br>**[PROPOSED] ORDER** |

### [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, CitiMortgage, Inc. is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: March 13, 2020

*/s/ Gary Klausner*

Hon. R. Gary Klausner
UNITED STATES DISTRICT JUDGE